```
 1  DANIEL J. BRODERICK, #89424
    Acting Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700                    OK/HAV
 5

 6  Attorney for Defendant
    ADAM MICHAEL ROSS
 7

 8

 9                    IN THE UNITED STATES DISTRICT COURT

10                   FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,      )  No. CR. S-06-124 DFL
                                   )
14              Plaintiff,         )  STIPULATION AND ORDER
                                   )  CONTINUING STATUS CONFERENCE
15       v.                        )  AND EXCLUDING TIME
                                   )
16  ADAM MICHAEL ROSS,             )
                                   )  Date: April 20, 2006
17              Defendant.         )  Time: 10:00 a.m.
                                   )  Judge: Hon. David F. Levi
18  _____)

19

20       It is hereby stipulated and agreed between plaintiff, United States
21  of America, and defendant, Adam Michael Ross, though their respective
22  attorneys, that the status conference scheduled for April 20, 2006, may
23  be continued to May 11, 2006, at 10:00 a.m.
24       This is a new case -- Mr. Ross was arraigned on April 10.  On April
25  13 he filed a bail review motion, which is scheduled to be heard on the
26  afternoon of April 20.  The government has provided discovery but defense
27  counsel and Mr. Ross have yet to have adequate time to review it.  In
28  order to have reasonable time to review the case, determine whether there
```

are any motions to file, and to explore possible resolutions, the parties agree that time from the date of this order should be excluded through May 11, 2006, under the Speedy Trial Act pursuant to Local Code T4, Title 18, United States Code, Section 3161(h)(1)(C) and (h)(8)(A) and (B)(iv).

Respectfully submitted,

DANIEL J. BRODERICK
Acting Federal Defender

Dated: April 19, 2006        /s/ T. Zindel
                             TIMOTHY ZINDEL
                             Assistant Federal Defender
                             Attorney for ADAM MICHAEL ROSS


                             MCGREGOR SCOTT
                             United States Attorney

Dated: April 19, 2006        /s/ T. Zindel for E. Endrizzi
                             ELLEN ENDRIZZI
                             Assistant U.S. Attorney
                             Attorney for Plaintiff

## O R D E R

The status conference is continued to May 11, 2006, at 10:00 a.m. The court finds that a continuance is necessary to give counsel necessary time to prepare and meet with his client and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through May 11, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

DATED: April 21, 2006
                             /s/ David F. Levi
                             HON. DAVID F. LEVI
                             United States District Judge