DANIEL J. BRODERICK, #89424
Acting Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

**OK/HAV**

Attorney for Defendant
ADAM MICHAEL ROSS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. S-06-124 DFL |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **CONTINUING STATUS CONFERENCE** |
| v. ) | **AND EXCLUDING TIME** |
| ) | |
| ADAM MICHAEL ROSS, ) | |
| ) | Date: May 11, 2006 |
| Defendant. ) | Time: 10:00 a.m. |
| ) | Judge: Hon. David F. Levi |
| _____ ) | |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Adam Michael Ross, though their respective attorneys, that the status conference scheduled for May 11, 2006, may be continued to June 15, 2006, at 10:00 a.m.

Mr. Ross was arraigned on April 10.  Although he has received discovery the parties have yet to have sufficient time to explore resolution without trial.  Also, defense counsel is continuing to look for non-custodial placements for Mr. Ross pending resolution of the case -- the magistrate judge denied Mr. Ross's bail review motion, but without

1  prejudice to its renewal should a suitable residential placement be
2  found.  In order to have reasonable time to review the case, explore
3  possible resolutions, and resolve the bail issue, the parties agree that
4  time from the date of this order should be excluded through June 15,
5  2006, under the Speedy Trial Act pursuant to Local Code T4, Title 18,
6  United States Code, Section 3161(h)(1)(C) and (h)(8)(A) and (B)(iv).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Acting Federal Defender

Dated: May 10, 2006          /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for ADAM MICHAEL ROSS


                                        MCGREGOR SCOTT
                                        United States Attorney

Dated: May 10, 2006          /s/ T. Zindel for E. Endrizzi
                                        ELLEN ENDRIZZI
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

**O R D E R**

19     The status conference is continued to June 15, 2006, at 10:00 a.m.
20  The court finds that a continuance is necessary to give counsel necessary
21  time to prepare and meet with his client and that the ends of justice
22  served by granting a continuance outweigh the best interests of the
23  public and the defendant in a speedy trial.  Time is therefore excluded
24  from the date of this order through June 15, 2006, pursuant to 18 U.S.C.
25  § 3161(h)(8)(A) and (B)(iv).

DATED: May 11, 2006          /s/ David F. Levi
                                        HON. DAVID F. LEVI
                                        United States District Judge