```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5                                              OK/HAV

 6  Attorney for Defendant
    ADAM MICHAEL ROSS
 7

 8

 9                 IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,    )  No. CR. S-06-124 DFL
                                 )
14               Plaintiff,      )  STIPULATION AND ORDER
                                 )  CONTINUING STATUS CONFERENCE
15       v.                      )  AND EXCLUDING TIME
                                 )
16  ADAM MICHAEL ROSS,           )
                                 )  Date:  June 15, 2006
17               Defendant.      )  Time:  10:00 a.m.
                                 )  Judge: Hon. David F. Levi
18  _____)

19
```

20     It is hereby stipulated and agreed between plaintiff, United States
21  of America, and defendant, Adam Michael Ross, though their respective
22  attorneys, that the status conference scheduled for June 15, 2006, may be
23  continued to August 3, 2006, at 10:00 a.m.
24     On May 24, 2006, the magistrate judge released Mr. Ross to
25  participate in residential drug treatment. In the meantime, the parties
26  have discussed possible resolutions of the case but additional time is
27  needed to determine what to do with charges that Mr. Ross is inclined to
28  contest. So that Mr. Ross may continue his treatment and the parties

have adequate time to explore options for resolving the remaining differences between them, the parties agree that time from the date of this order should be excluded through August 3, 2006, under the Speedy Trial Act pursuant to Local Code T4, Title 18, United States Code, Section 3161(h)(1)(C) and (h)(8)(A) and (B)(iv).

                                  Respectfully submitted,

                                  DANIEL J. BRODERICK
Federal Defender

Dated: June 15, 2006        /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for ADAM MICHAEL ROSS

                                  MCGREGOR SCOTT
United States Attorney

Dated: June 15, 2006        /s/ T. Zindel for E. Endrizzi
ELLEN ENDRIZZI
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

The status conference is continued to August 3, 2006, at 10:00 a.m. The court finds that a continuance is necessary to give counsel adequate time to consider resolution without trial and so that defendant may continue in residential treatment, and thus that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded

////
////
////
////
////

1  from the date of this order through August 3, 2006, pursuant to 18 U.S.C.
2  § 3161(h)(8)(A) and (B)(iv).
3  DATED:  June 15, 2006

_____
DAVID F. LEVI
United States District Judge