DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700                              **OK/HAV**

Attorney for Defendant
ADAM MICHAEL ROSS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. S-06-124 DFL |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **CONTINUING STATUS CONFERENCE** |
| v. ) | **AND EXCLUDING TIME** |
| ) | |
| ADAM MICHAEL ROSS, ) | |
| ) | Date: August 3, 2006 |
| Defendant. ) | Time: 10:00 a.m. |
| ) | Judge: Hon. David F. Levi |
| _____ ) | |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Adam Michael Ross, though their respective attorneys, that the status conference scheduled for August 3, 2006, may be continued to September 14, 2006, at 10:00 a.m.

The parties seek additional time for several reasons. First, fingerprint testing that may bear on a negotiated resolution of the case has yet to be completed. Second, Mr. Ross continues in residential drug treatment in Sacramento and expects to continue in that program throughout the month of August. So that Mr. Ross may continue his

treatment and so the parties may have the benefit of the fingerprint reports in their negotiations, they agree that time from the date of this order should be excluded through September 14, 2006, under the Speedy Trial Act pursuant to Local Code T4, Title 18, United States Code, Section 3161(h)(1)(C) and (h)(8)(A) and (B)(iv).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: August 1, 2006        /s/ T. Zindel
                             TIMOTHY ZINDEL
                             Assistant Federal Defender
                             Attorney for ADAM MICHAEL ROSS


                             MCGREGOR SCOTT
                             United States Attorney

Dated: August 2, 2006        /s/ T. Zindel for E. Endrizzi
                             ELLEN ENDRIZZI
                             Assistant U.S. Attorney
                             Attorney for Plaintiff

## **O R D E R**

The status conference is continued to September 14, 2006, at 10:00 a.m.  The court finds that a continuance is necessary to give counsel adequate time to consider resolution without trial and so that defendant may continue in residential treatment, and thus that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through September 14, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

DATED: August 2, 2006        /s/ David F. Levi
                             HON. DAVID F. LEVI
                             United States District Judge