1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700                    **OK/HAV**

5

6  Attorney for Defendant
   ADAM MICHAEL ROSS

7

8

9                    IN THE UNITED STATES DISTRICT COURT

10               FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,        )  No. CR. S-06-124 DFL
                                     )
14                 Plaintiff,        )  **STIPULATION AND ORDER**
                                     )  **CONTINUING STATUS CONFERENCE**
15       v.                          )  **AND EXCLUDING TIME**
                                     )
16  ADAM MICHAEL ROSS,               )
                                     )  Date:  September 7, 2006
17                 Defendant.        )  Time:  10:00 a.m.
                                     )  Judge: Hon. David F. Levi
18  _____)

19

20       It is hereby stipulated and agreed between plaintiff, United States

21  of America, and defendant, Adam Michael Ross, though their respective

22  attorneys, that the status conference scheduled for September 7, 2006,

23  may be continued to November 9, 2006, at 10:00 a.m.

24       Fingerprint testing that the parties need in order to complete their

25  negotiations has yet to be completed despite the diligent efforts of the

26  prosecutor to obtain a report.  Meanwhile, Mr. Ross continues to reside

27  in a clean-and-sober program in Sacramento and recently began school.  So

28  that Mr. Ross may continue his treatment and so the parties may have the

1  benefit of the fingerprint reports in their negotiations, they agree that

2  time from the date of this order should be excluded through November 9,

3  2006, under the Speedy Trial Act pursuant to Local Code T4, Title 18,

4  United States Code, Section 3161(h)(1)(C) and (h)(8)(A) and (B)(iv).

5                                    Respectfully submitted,

6                                    DANIEL J. BRODERICK
                                     Federal Defender

7

8  Dated:  September 8, 2006     /s/ T. Zindel
                                  TIMOTHY ZINDEL
9                                 Assistant Federal Defender
                                  Attorney for ADAM MICHAEL ROSS
10
                                  MCGREGOR SCOTT
11                                United States Attorney

12  Dated:  September 8, 2006     /s/ T. Zindel for E. Endrizzi
                                  ELLEN ENDRIZZI
13                                Assistant U.S. Attorney
                                  Attorney for Plaintiff

14

15                          **O R D E R**

16      The status conference is continued to November 9, 2006, at 10:00

17  a.m.   The court finds that a continuance is necessary to give counsel

18  adequate time to obtain information they need to resolve the case without

19  trial and so defendant may continue in treatment, and thus that the ends

20  of justice served by granting a continuance outweigh the best interests

21  of the public and the defendant in a speedy trial.   Time is therefore

22  excluded from the date of this order through November 9, 2006, pursuant

23  to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

24

25  DATED:   September 12, 2006     _____

26                                  /s/ David F. Levi
                                    HON. DAVID F. LEVI
27                                  United States District Judge

28

Stip in U.S.A. v. A. Ross                -2-