DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ADAM MICHAEL ROSS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:06-CR-0124 JAM |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE** |
| ADAM MICHAEL ROSS, | |
| Defendant. | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED between plaintiff, United States of America, and defendant, Adam Michael Ross, through their respective attorneys, that defendant's motion filed January 19, 2010, for early termination of supervised release may be granted and the three-year term of supervised release imposed on September 11, 2007, may be terminated pursuant to 18 U.S.C. § 3583(e).

After Mr. Ross filed his motion, defense counsel received word from Ellen Endrizzi, the Assistant U.S. Attorney assigned to the case, and from Cassandra Fox, Mr. Ross's supervising probation officer, that both

the government and Probation concur in Mr. Ross's request for early termination in light of his successful progress over the past 18 months. Accordingly, the parties submit this stipulation and order asking the Court to grant Mr. Ross's motion and to vacate the hearing scheduled for February 2, 2010.

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
Federal Defender

Dated: January 20, 2010   /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for ADAM MICHAEL ROSS

                                        BENJAMIN B. WAGNER
United States Attorney

Dated: January 20, 2010   /s/ T. Zindel for E. Endrizzi
ELLEN ENDRIZZI
Assistant United States Attorney

**O R D E R**

    Defendant's motion to terminate supervised release is hereby granted. Supervision shall terminate upon the filing of this order, pursuant to 18 U.S.C. § 3583(e). The hearing set for February 2, 2010, is vacated.

    IT IS SO ORDERED.

Dated: January 20, 2010

                                        /s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Judge